**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 13-01013-VAP (ANx)                    Date: May 23, 2014

Title:     FERNANDO TRINIDAD -v- UNITED STATES OF AMERICA, JANET
           NAPOLITANO, SECRETARY OF D.H.S.
===============================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

        Marva Dillard                          None Present
        Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR              ATTORNEYS PRESENT FOR
PLAINTIFFS:                        DEFENDANTS:

        None                               None

PROCEEDINGS:          ORDER TO SHOW CAUSE RE: FAILURE TO FILE
                      SUMMARY JUDGMENT MOTION


        On March 20, 2014, the Court set a briefing schedule on cross-motions for
summary judgment in this action.  (Doc. No. 18.)  Pursuant to that order, the parties
were ordered to file cross-motions for summary judgment no later than May 12,
2014.  Pro se Plaintiff Fernando Trinidad filed his motion for summary judgment on
April 10, 2014, and filed a supplement to that motion on April 30, 2014.  (See Doc.
Nos. 19-20.)

EDCV 13-01013-VAP (ANx)
FERNANDO TRINIDAD v UNITED STATES OF AMERICA, JANET NAPOLITANO, SECRETARY OF D.H.S.
MINUTE ORDER of May 23, 2014

To date, the Court has not received the Government's motion for summary judgment.  Accordingly, the Government is ORDERED to show cause why they have failed to comply with the Court's order.  Moreover, the Government is ORDERED to file its motion for summary judgment no later than 4:00 p.m. on May 29, 2014.

**IT IS SO ORDERED.**