**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO TRINIDAD,<br><br>           Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA, JEH JOHNSON, SECRETARY OF HOMELAND SECURITY,<br><br>           Respondents. | Case No. EDCV 13-01013-VAP (ANx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Respondents' Motion for Summary Judgment is GRANTED, and Petitioner Fernando Trinidad's Petition for Review is DENIED.  The Court orders that such judgment be entered.

Dated: August 15, 2014

                              _____
                                VIRGINIA A. PHILLIPS
                              United States District Judge